AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Texas

United States District Court
Southern District Of Texas
**FILED**

JAN 9 2020

David J. Bradley, Clerk

| | | |
|---|---|---|
| United States of America<br>v.<br>Jorge Alberto RUIZ-Periban<br>COB: Mexico<br>YOB: 1984<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. M-20-0042-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __01/08/2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant violated __31__ U.S.C. § __5332(a)__, an offense described as follows:

Whoever, with the intent to evade a currency reporting requirement under section 5316, knowingly conceals more than $10,000 in currency or other monetary instruments on the person of such individual or in any conveyance, article of luggage, merchandise, or other container, and transports or transfers or attempts to transport or transfer such currency or monetary instruments from a place within the United States to a place outside of the United States.

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

1/9/20 Approved
[AUSA signature]

/S/ Laron Smith
*Complainant's signature*

Laron Smith, HSI Special Agent
*Printed name and title*

Sworn to before me and subscribed in my presence, and probable cause found on:

Date: 1/9/2020

City and state: McAllen, Texas

[Judge's signature]
*Judge's signature*

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

This affidavit is intended to establish sufficient probable cause and does not set forth all of my knowledge about this matter.

On January 08, 2020, at approximately 2148 hours, Jorge Alberto RUIZ- Periban (Mexican National) while driving a vehicle, attempted to exit the United States via the Anzalduas, Texas, Port of Entry (POE).

A Customs and Border Protection Officer (CBPO) stopped the vehicle for an outbound inspection. RUIZ advised the CBPO he was traveling to Monterrey, Mexico from McAllen, Texas. The CBPO obtained a negative declaration of currency over $10,000. CBPO proceeded with the inspection of the vehicle and noticed tampering to the spare tire located under the vehicle.

An examination of the vehicle by CBPO revealed a spare tire containing $570,247.00 in bulk US currency and another $4,047.00 on RUIZ's person.

On January 09, 2020, at approximately 0055 hours, Homeland Security Investigations (HSI) Special Agent (SA) Laron Smith and additional HSI personnel along with a CBPO interviewed RUIZ. Miranda rights were read to RUIZ in Spanish by CBPO and he advised that he understood but that he wanted to consult with his lawyer. The interview was concluded at 0101 hours.